NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DANIEL GABINO MARTINEZ,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2016-2168

———————————

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00751-EDK, Judge Elaine Kaplan.

———————————

**JUDGMENT**

———————————

A. BLAIR DUNN, Western Agriculture, Resource and Business Advocates, LLP, Albuquerque, NM, argued for plaintiff-appellant. Also represented by DORI ELLEN RICHARDS.

ELIZABETH ANN PETERSON, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOHN C. CRUDEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  February 15, 2017　　　　/s/ Peter R. Marksteiner
　　　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　Clerk of Court